12134.   JACKSON *v.* THE STATE.

BLOODWORTH, J.   1. The alleged newly discovered evidence is cumulative and impeaching in its character, and is not such evidence as would probably produce a different result upon another trial of the case.

2. No error of law was committed upon the trial; the evidence supports the verdict, and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 13, 1921.

Indictment for possessing liquor; from Randolph superior court — Judge Worrill.   November 29, 1920.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.